# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ) | |
| IN RE: PHILIPS RECALLED CPAP, ) | |
| BI-LEVEL PAP, AND MECHANICAL ) | |
| VENTILATOR PRODUCTS ) | Master Docket: Misc. No. 21-1230 |
| LITIGATION ) | |
| ) | |
| ) | MDL No. 3014 |
| This Document Relates to: ) | |
| ) | |
| *PHILIPS RS NORTH AMERICA LLC et al* ) | |
| *v. PSN Labs, LLC,* #24-1077 ) | |
| ) | |

## ORDER OF COURT

AND NOW this 4th day of March, 2026, upon consideration of the joint stipulation of dismissal (ECF No. 22), it is hereby ORDERED that said stipulation is GRANTED; pursuant to Federal Rule of Civil Procedure 41(a)(2), Civil Action No. 24-1077 is hereby dismissed with prejudice. The clerk shall mark this case CLOSED.

BY THE COURT:

/s/ Joy Flowers Conti
Hon. Joy Flowers Conti
Senior United States District Court Judge